UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ANTHONY FOSTER,<br><br>         Plaintiff,<br><br>   v.<br><br>SAN DIEGO POLICE OFFICER BRADLEY, et al.,<br><br>         Defendants. | Civil No.   05-CV-1621 L (CAB)<br><br>**ORDER PERMITTING DEFENDANTS TO ATTEND MANDATORY SETTLEMENT CONFERENCE BY PHONE** |

   This case was brought by Plaintiff Bruce Anthony Foster ("Plaintiff" or "Foster"), a state prisoner proceeding *pro se*, for violations of his civil rights under 42 U.S.C. § 1983.  The case has a Mandatory Settlement Conference ("MSC") set for April 12, 2007.  Defendants' counsel requested permission for his clients to appear by phone.  Providing that Defendants' counsel has full settlement authority, Defendants may attend the MSC telephonically.

   **IT IS SO ORDERED.**

DATED: April 11, 2007

_____
CATHY ANN BENCIVENGO
**United States Magistrate Judge**

1

05CV1621