UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ANTHONY FOSTER, | Case No. 05cv1621 L (CAB) |
| Plaintiff, | **ORDER RE JOINT MOTION FOR DISMISSAL** |
| v. | |
| SAN DIEGO POLICE OFFICER BRADLEY, SAN DIEGO POLICE OFFICER LEMUS, CITY OF SAN DIEGO, DOES I-XXX, | |
| Defendants | |

This Court, having reviewed the matter as stated above and finding good cause therefor, orders this matter dismissed in its entirety, with prejudice, in accordance with the terms set forth, and the Clerk of the Court is requested to enter this dismissal in the official docket.

DATED: May 1, 2007

_____
M. James Lorenz
United States District Court Judge

1